Daniel E. Barnett (8579)
Sara M. Nielson (13824)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
801-532-7840
801-532-7750
dbarnett@parrbrown.com
snielson@parrbrown.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

SOUTHERN REGION

| | |
|---|---|
| **SKYWEST, INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**MOBILE INITIATIVE LLC**, a Kentucky limited liability company,<br><br>Defendant. | **COMPLAINT**<br><br>Civil No. 4:20-cv-00022-DN<br><br>Judge David Nuffer |

Plaintiff SkyWest, Inc. ("SkyWest") hereby complains of Mobile Initiative, LLC ("Mobile Initiative") as follows:

**PARTIES, JURISDICTION AND VENUE**

1. SkyWest is a Utah corporation with its principal place of business located in St. George, Utah.

2. Mobile Initiative is a Kentucky limited liability company with its principal place of business located in Louisville, Kentucky.

3. On information and belief, the members of Mobile Initiative are Michael Dahl, Stephen Thompson, and Brandon Wimsatt, each of whom is a resident of the Commonwealth of Kentucky.

4. Jurisdiction is proper in this Court because there is complete diversity of jurisdiction of the parties and the amount in controversy exceeds one million dollars.

5. Venue is proper in this Court because SkyWest executed the subject agreement in St. George, Utah, delivery of the goods that are the subject of the agreement was to be made in St. George, Utah, and SkyWest's principal place of business is located in St. George, Utah.

6. Mobile Initiative has failed and refused to participate in alternative dispute resolution and has therefore waived any right it may have or have had to demand alternative dispute resolution.

## GENERAL ALLEGATIONS

7. SkyWest and Mobile are parties to a Sales Agreement dated January 24, 2019 (the "Agreement") between Mobile Initiative as "Seller" and SkyWest "Buyer."

8. The Agreement was for the purchase of 4,850 Apple iPhone 7 cellphones (the "Goods").

9. The Agreement required Mobile Initiative to deliver 4,850 units within 30 days after execution of the Agreement.

10. Mobile Initiative expressly stated that it was the legal owner of the Goods, that the Goods were then free from any security interest or other lien or encumbrance, and that Mobile Initiative had the right to sell the Goods.

11. Michael Dahl executed the Agreement on behalf of Mobile Initiative.

12. In reliance on Mobile Initiative's statements, SkyWest provided Mobile Initiative payment in advance of the full purchase price of $1,552,000.00.

13. As of June 13, 2019, SkyWest had received only 841 units, and 221 of the units received were in unacceptable condition and returned to Mobile Initiative by SkyWest.

14. Because Mobile Initiative delivered just 12.78 percent of the units it was required to deliver, and because the time for performance was months past due, SkyWest cancelled the Agreement and demanded reimbursement of $1,353,600.00, which is equal to 87.22 percent of the prepaid purchase price of $1,552,000.00 (the "Price").

15. On information and belief, Mobile Initiative did not own the Goods free and clear of any liens or encumbrances at the time it executed the Agreement, and Mobile Initiative and Dahl knew Mobile Initiative did not own the Goods free and clear of any encumbrances at the time it executed the Agreement.

16. Mobile Initiative has failed and refused to return the balance of SkyWest's prepayment for Goods that were not delivered and for defective goods that were delivered and rejected by SkyWest.

### FIRST CLAIM FOR RELIEF
Breach of Contract and Warranty

17. SkyWest incorporates the allegations contained in the foregoing paragraphs as though fully set forth herein.

18. SkyWest fully performed its obligations under the Agreement.

19. Mobile Initiative's failure to timely deliver all of the goods breached Mobile Initiative's obligations under the Agreement.

20. SkyWest has been damaged as a result of Mobile Initiative's breaches in an amount to be proven at trial, which amount is not less than $1,353,600.00.

## REQUEST FOR RELIEF

SkyWest therefore requests the following relief:

A. On SkyWest's First Claim for Relief, judgment in favor of SkyWest and against Mobile Initiative in an amount to be proven at trial;

B. Award of prejudgment and post-judgment interest; and

C. Such additional relief as the Court deems just under the circumstances.

**DATED** March 13, 2020.

          PARR BROWN GEE & LOVELESS, P.C.

          /s/ *Daniel E. Barnett*
          Daniel E. Barnett
          Sara M. Nielson
          *Attorneys for Plaintiff*